UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| BRENDA SALAZAR, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 1:13-cv-00021 ) District Judge Collier ) Magistrate Judge Carter |
| QCAROLINA RESTAURANTS, LLC, d/b/a QDOBA MEXICAN GRILL #141, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

As evidenced by the signatures of counsel below, the parties hereby stipulate to the dismissal of this matter, *with prejudice*. Defendant agrees to the voluntary dismissal of this case on the condition that it is dismissed *with prejudice*, and Plaintiff agrees to such designation of the dismissal.

Thus, it appearing the parties have resolved the matter and agreed to the dismissal of the matter with prejudice.

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, and each party shall bear its own costs of litigation, including court costs.

SO ORDERED THIS _____ DAY OF _____, 2014.

_____

Respectfully submitted,                          January 22, 2014

*s/ Maury Nicely b/p Marcia Dawn McShane*        *s/ Marcia Dawn McShane*
Maury Nicely, BPR # 18997                        Mary Dohner Smith, TN BPR #21451
Philip Byrum, BPR # 20360                        Marcia Dawn McShane, TN BPR # 20878
Attorneys for Plaintiff                          Attorneys for Defendant
**EVANS HARRISON HACKETT, PLLC**                 **CONSTANGY, BROOKS & SMITH, LLP**
835 Georgia Avenue, Ste. 800                     401 Commerce Street, Suite 700
Chattanooga, TN 37402                            Nashville, TN 37219
(423) 648-7890                                   (615) 320-5200
(615) 648-7897 (facsimile)                       (615) 321-5891 (facsimile)

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been furnished to the following individuals via the U.S. Mail and/or Court's Electronic Filing System on this 22nd day of January, 2014.

Maury Nicely
Philip Byrum
835 Georgia Avenue, Ste. 800
Chattanooga, TN 37402

*s/ Marcia Dawn McShane*